Opinion issued September 26, 2002


 








In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-01-00607-CV

____________


L.S. DECKER INVESTMENTS, INC., Appellant


V.


STAUBACH-HOUSTON, INC., Appellee






On Appeal from the 190th District Court

Harris County, Texas

Trial Court Cause No. 1999-57887






O P I N I O N

 The parties have filed a joint motion to dismiss the appeal. 

 We withdraw our opinion and judgment issued June 27, 2002 and substitute
this opinion and a new judgment.

 The joint motion to dismiss is granted, and the appeal is dismissed. Tex. R.
App. P 42.1(a)(2).

 The Clerk is directed to issue mandate immediately. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Nuchia, Jennings, and Radack.

Do not publish. Tex. R. App. P. 47.